

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Benton Wilcoxon,

Vs. No. 11-23-00292-CV

Sparkie Properties LLC.,

\* From the 238th District Court
of Midland County,
Trial Court No. CV58242.

\* December 31, 2025

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Benton Wilcoxon.